

FILED ___ LODGED
___ RECEIVED

OCT 26 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

_District_ **Court of Washington**
For _Western District of Washington_

_EDWIN FULLER_
**Petitioner/Plaintiff,**
vs.
_STATE OF WASHINGTON, ETC._
**Respondent/Defendant.**

**No.** _20-cv-06057-BJR-DWC_

**Motion and Declaration For Waiver of Civil Fees and Surcharges (MTAF)**

## I. Motion

1.1    I am the ☒ petitioner/plaintiff ☐ respondent/defendant in this action.

1.2    I am asking for a waiver of fees and surcharges under GR 34.

## II. Basis for Motion

2.1.    GR 34 allows the court to waive "fees or surcharges the payment of which is a condition precedent to a litigant's ability to secure access to judicial relief" for a person who is indigent. As outlined below, I am indigent.

Dated: _10/23/20_

_Edwin Fuller_
Signature of Requesting Party

_Edwin Fuller_
Print or Type Name

## III. Declaration

I declare that,

3.1    I cannot afford to meet my necessary household living expenses and pay the fees and surcharges imposed by the court.  Please see the attached Financial Statement, which I incorporate as part of this declaration.

3.2    In addition to the information in the financial statement I would like the court to consider
the following: _____ I am currently incarcerrated _____
_____
_____
_____
_____
_____
_____

☒    (Check if applies.) I filed this motion by mail.  I enclosed a self-addressed stamped
envelope with the motion so that I can receive a copy of the order once it is signed.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is
true and correct.

Signed at (city) _Vancouver_____, (state) _WA____ on (date) _10/23/20___.
_____          _Edwin Fuller_____
Signature                        Print or Type Name

Case Name:_____   Case Number:_____

| Financial Statement (Attachment) | |
|---|---|

**1.** My name is: EDWIN FULLER

**2.** [ ] I provide support to people who live with me:  How many?     Age(s):

| 3. **My Monthly Income:** | | | 6. **My Monthly Household Expenses:** | | |
|---|---|---|---|---|---|
| Employed [  ]      Unemployed [X] | | | Rent/Mortgage: | $ | ∅ |
| Employer's Name: | | ∅ | Food/Household Supplies: | $ | ∅ |
| Gross pay per month (salary or hourly pay): | $ | ∅ | Utilities: | $ | ∅ |
| Take home pay per month: | $ | ∅ | Transportation: | $ | ∅ |
| 4. **Other Sources of Income Per Month in my Household:** | | | Ordered Maintenance actually paid: | $ | ∅ |
| Source: | $ | | Ordered Child Support actually paid: | $ | ∅ |
| Source: | $ | | Clothing: | $ | ∅ |
| Source: | $ | | Child Care: | $ | ∅ |
| Source: | $ | | Education Expenses: | $ | ∅ |
| Sub-Total: | $ | ∅ | Insurance (car, health): | $ | ∅ |
| [ ] I receive food stamps. | | | Medical Expenses: | $ | ∅ |
| **Total Income, lines 3 (take home pay) and 4:** | $ | ∅ | Sub-Total: | $ | ∅ |
| 5. **My Household Assets:** | | | 7. **My Other Monthly Household Expenses:** | | |
| Cash on hand: | $ | ∅ | | $ | ∅ |
| Checking Account Balance: | $ | ∅ | | $ | ∅ |
| Savings Account Balance: | $ | ∅ | | $ | ∅ |
| Auto #1 (Value less loan): | $ | ∅ | | $ | ∅ |
| Auto #2 (Value less loan): | $ | ∅ | Sub-Total: | $ | ∅ |
| Home (Value less mortgage): | $ | ∅ | 8. **My Other Debts with Monthly Payments:** | | |
| Other: | $ | ∅ | | $ | ∅ /mo |
| Other: | $ | ∅ | | $ | ∅ /mo |
| Other: | $ | ∅ | | $ | ∅ /mo |
| Other: | $ | ∅ | | $ | ∅ /mo |
| Other: | $ | ∅ | Sub-Total: | $ | ∅ |
| **Total Household Assets:** | $ | ∅ | **Total Household Expenses and Debts, lines 6, 7, and 8:** | $ | ∅ |

Date: 10/23/20                     Signature: _Edwin Fuller_

FILED _____ LODGED
_____ RECEIVED

OCT 26 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

District **Court of Washington**
For Western District of Washington

EDWIN FULLER
_____
Petitioner/Plaintiff,

vs.

STATE OF WASHINGTON , ETC
_____
Respondent/Defendant.

**No.** _____

**Order Re Waiver of Civil Fees and Surcharges**
☐ **Granted (ORPRFP)**
☐ **Denied (ORDYMT)**
   ☐ **Clerk's Action Required 3.1**

## I. Basis

The court received the motion to waive fees and surcharges filed by or on behalf of the
☐ petitioner/plaintiff ☐ respondent/defendant.

## II. Findings

The Court reviewed the motion and supporting declaration(s).  Based on the declaration(s) and any relevant records and files, the Court finds:

2.1 ☐ The moving party is indigent based on the following:  He or she:

☐ is represented by a qualified legal aid provider that screened and found the applicant eligible for free civil legal aid services; and/or

☐ receives benefits from one or more needs-based, means-tested assistance programs; and/or

☐ has household income at or below 125% of the federal poverty guideline; and/or

☐ has household income above 125% of the federal poverty guideline but cannot meet basic household living expenses and pay the fees and/or surcharges; and/or

☐ other: _____
   _____
   _____

2.2 ☐ The moving party is not indigent.

2.3 ☐ Other:_____

_____

_____

_____

_____

_____

## III. Order

Based on the findings the court orders:

3.1 ☐ The motion is granted, and

    ☐ all fees and surcharges the payment of which is a condition precedent to the moving party's ability to secure access to judicial relief are waived.

    ☐ other: _____

      _____

      _____

      _____

      _____

      _____

3.2 ☐ The motion is denied.

Dated: _____    _____

                                            **Judge/Commissioner**

Presented by:

*Edwin Fuller*
Signature of Party or Lawyer/WSBA No.

Edwin Fuller        10/23/20
Print or Type Name        Date

Order re Civil Fee Waiver (ORPRFP, ORDYMT) - Page 2 of 2
WPF GR 34.0500 (05/2014) – GR 34